| DOCUMENTS UNDER SEAL | | | | | TOTAL TIME (mins): | | | |
|---|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK | | | | REPORTER/FTR | | |
| MAGISTRATE JUDGE | | DATE | | | | NEW CASE | CASE NUMBER | |
| **APPEARANCES** | | | | | | | | |
| DEFENDANT | | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | | PD. APPT. | RET. |
| U.S. ATTORNEY | | INTERPRETER | | | FIN. AFFT SUBMITTED | | COUNSEL APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | | DEF ELIGIBLE FOR APPT'D COUNSEL | | | PARTIAL PAYMENT OF CJA FEES | |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | | |
| INITIAL APPEAR | PRELIM HRG | | MOTION | | JUGM'T & SENTG | | STATUS TRIAL SET | |
| I.D. COUNSEL | ARRAIGNMENT | | BOND HEARING | | IA REV PROB. or or S/R | | OTHER | |
| DETENTION HRG | ID / REMOV HRG | | CHANGE PLEA | | PROB. REVOC. | | ATTY APPT HEARING | |
| **INITIAL APPEARANCE** | | | | | | | | |
| ADVISED OF RIGHTS | ADVISED OF CHARGES | | NAME AS CHARGED IS TRUE NAME | | TRUE NAME: | | | |
| **ARRAIGNMENT** | | | | | | | | |
| ARRAIGNED ON INFORMATION | ARRAIGNED ON INDICTMENT | | READING WAIVED SUBSTANCE | | WAIVER OF INDICTMENT FILED | | | |
| **RELEASE** | | | | | | | | |
| RELEASED ON O/R | ISSUED APPEARANCE BOND | | AMT OF SECURITY $ | | SPECIAL NOTES | | PASSPORT SURRENDERED DATE: | |
| PROPERTY TO BE POSTED CASH $ | | CORPORATE SECURITY | | | REAL PROPERTY: | | | |
| MOTION FOR DETENTION | PRETRIAL SERVICES REPORT | DETAINED | | RELEASED | | DETENTION HEARING AND FORMAL FINDINGS WAIVED | REMANDED TO CUSTODY | |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | | |
| **PLEA** | | | | | | | | |
| CONSENT ENTERED | NOT GUILTY | | GUILTY | | GUILTY TO COUNTS: | | | |
| PRESENTENCE REPORT ORDERED | CHANGE OF PLEA | | PLEA AGREEMENT FILED | | OTHER: | | | |
| **CONTINUANCE** | | | | | | | | |
| TO: | ATTY APPT HEARING | | BOND HEARING | | STATUS RE: CONSENT | | TRIAL SET | |
| AT: | SUBMIT FINAN. AFFIDAVIT | | PRELIMINARY HEARING _____ ARRAIGNMENT | | CHANGE OF PLEA | | STATUS | |
| BEFORE HON. | DETENTION HEARING | | | | MOTIONS | | JUDGMENT & SENTENCING | |
| TIME WAIVED | TIME EXCLUDABLE UNDER 18 § USC 3161 | | IDENTITY / REMOVAL HEARING | | PRETRIAL CONFERENCE | | PROB/SUP REV. HEARING | |
| **ADDITIONAL PROCEEDINGS** | | | | | | | | |

DOCUMENT NUMBER: